William Jason Akes )
          v.          )   United States District Court
PayPal Inc.      )   Southern District Illinois
                         Benton

Pro Se

21-CV-1348-SPM

## Petition For Relief

I, William Jason Akes, do hereby petition the court for relief in this matter brought before this court against PayPal Inc. Plaintiff prays for relief in the form of

I) Relinquishing the Freeze of Plaintiffs funds of $2009

II) Initiating the refund of the transaction of $6240 that was the last transaction made by ~~defen~~ plaintiff which prompted the freeze put upon plaintiff and recipient of said transaction, resulting in plaintiff being denied his funds of a total amount of $8249, and preventing recipient from refunding said funds.

III) Maintain a freeze upon the $6240 transaction preventing recipient of said transaction from reappropriating said funds for any manner other than a refund to plaintiff who was denied the access of said funds and never received any compensation for said funds.

## II

IV) Relief in the form of compensation of any filing or legal fees accrued by plaintiff as a result of persuing said petition.

V) Relief in the form of interest at a fair and reasonable rate to be determined by the court for withholding $8249 of plaintiffs funds.

VI) Relief in the form of Monetary Compensation at a fair and reasonable rate to be determined by the court for denying petitioner use of his funds above and beyond

### Background

Plaintiff opened a PayPal account sometime around 2015 when he purchased an item from EBay. Later, around 2020, a debit card was issued through PayPal and a Direct Deposit was subsequently arranged upon encouragement by PayPal to receive deposits from the IRS for ~~the~~ Tax Returns and Economic Impact Payments. Sometime between the deposit of the first and second Economic Impact Payments, Plaintiff reported his debit card lost and requested another card to no avail. As a result of having no debit card, Plaintiff ~~deteve~~ could not readily access his funds. Once again, around 12-26-20, Plaintiff contacted PayPal for the purpose of

III

~~Once again~~ requesting a debit card sent to his address at 1029 E. South St. in DuQuoin, IL, also requesting an address change, and subsequently set up a direct deposit in addition to IRS deposits for the purpose of depositing his IDES unemployment P.U.A. Benefits. Sometime around January 9, 2021 a deposit of around $9000 was deposited by I.D.E.S into plaintiffs account. When plaintiff tried to transfer $6240 to an acquaintance so he could access said cash both plaintiffs account and transferees account was frozen. This occurred sometime around Jan 10 2021.

As a result plaintiff and transferee have gotten together and tried to resolve the issue of the frozen accounts by calling PayPal Customer Services on numerous occasions. Transferee has tried to refund the $6240, to no avail. When plaintiff has called paypal to resolve the issue he has been hung up on, treated indifferently, and condescended. Plaintiff was told that they could hold his assets for 180 days. Plaintiff has also tried to

## IV

access the remaining $2009 on his account to no avail. All of the funds have been frozen. PayPal has given different versions of why his funds were frozen each time he has called and has even been told that he has been cleared in any wrongdoing while investigated. However, there is a reserve put on his account and he can no longer use PayPal. Sometime around 6-28-21 just days before the 180 day hold was up Plaintiff made his daughter Power of Attorney, authorizing her to access any accounts and handle any finances. It was around this time that PayPal advised Plaintiff that they were extending the hold for another 180 days. The funds in question were appropriated as Back pay for the Unemployment benefits due to him for the time in 2020 that he was layed off of work. Furthermore, as a result of the freeze, his direct deposits were returned to sender as well

## V

as his third economic impact payment further denying him of his incomes and funds for everyday living expenses.

### Summary

1) PayPal encouraged defendent to have funds direct deposited to his accodnt then made it difficult to access said funds.

2) PayPal Froze plaintiff's funds with no defined explanation as to why, Subsequently, cleared him of any wrongdoing, but Refuse to unfreeze funds after the 180 day period.

3) PayPal customer service treated plaintiff indifferently, condescended plaintiff, and was rude on every call.

Plaintiff:
William Jason Akes
Signed:
x William Jason Akes

Dated:

Notary: Shanna Clutts
x

Dated: 10/22/21

William Jason Akes
404 N Van Buren Street
Marion, IL. 62959

OFFICIAL SEAL
SHANNA E CLUTTS
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03-16-2025
ID # 852081

William Jason Akes
1104 N. Van Buren Street
Marion Illinois
62959

Legal Mail

MAIL CLEARED
US MARSHALS

SAINT LOUIS MO 630
25 OCT 2021 PM 8 L

U.S. District Court
301 West Main St.
Benton, IL.
62812

Legal Mail

